**Order entered August 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00690-CV

### IN THE ESTATE OF BEATRICE G. LOVELL, DECEASED

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB1-1461-2017**

## ORDER

Before the Court is appellant's July 31, 2018 motion for an extension of time to file a brief. We **DENY** appellant's motion as premature. The reporter's record was filed on August 6, 2018. Accordingly, appellant's brief is due on **September 5, 2018**. *See* TEX. R. APP. P. 38.6(a)(2).


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE